IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/24/18 9:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| IN RE:<br>    Craig H. Lipinski,<br>        Debtor.<br>Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.,<br>        Movant,<br>vs.<br>Craig H. Lipinski,<br>        Debtor / Respondent,<br>and<br>Jeffrey J. Sikirica,<br>        Trustee / Respondent. | Case No.: 18-22760-GLT<br><br>Chapter 7<br><br>Related to Dkt. No. 22 |
|---|---|

**MODIFIED DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, this 24th Day of October, 2018, it is hereby

**ORDERED** that Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 8437 Papelon Way, Jacksonville, FL 32217;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

~~**ORDERED** that Federal Rule of Bankruptcy Procedure 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further~~

**ORDERED** that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Movant, its successors or assigns, in the above captioned bankruptcy case.

Movant shall serve a copy of this Order on respondents, their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

Prepared by: __Matthew Waldt, Esq.__

**DEFAULT ENTRY**

Dated: October 24, 2018

_/s/ Gregory L. Taddonio_    jah
Gregory L. Taddonio
United States Bankruptcy Judge

Case Administrator to Serve:
Matthew Waldt, Esq.