FILED
1/7/19 4:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-22760-GLT |
| | : | |
| CRAIG LIPINSKI | : | Chapter 7 |
| | : | |
| *Debtor* | : | Document No. 53 |
| | : | |
| JEFFREY J. SIKIRICA, TRUSTEE | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

### ORDER APPROVING RETENTION OF REALTOR/BROKER

**AND NOW** upon consideration of the ***TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND CORE REALTY, LLC TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330*** (the "Application") filed at Doc. No. [36], it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

(1) The Application is hereby approved as of the date the Application was filed.

(2) **BK Global Real Estate Services** and **Core Realty, LLC** are hereby appointed as **Realtor** for the Debtor(s) in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at **8437 Papelon Way, Jacksonville, FL 33217**. A realtor commission in the amount of 6% on the sale price is tentatively approved, subject to final court order.

(3) Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

(4) The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria

(5) *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

Prepared by: Jeffrey Sikirica, Esq.

**DEFAULT ENTRY**

Dated: January 07, 2019
cm: Jeffrey Sikirica, Esq.

Gregory L. Taddonio    hct
United States Bankruptcy Judge