FILED
12/4/19 12:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 18-22760-GLT |
| CRAIG LIPINSKI | Chapter 7 |
| *Debtor* | Related to Dkt. No. 62<br>Hearing: December 19, 2019 at 10:30 a.m. |
| JEFFREY J. SIKIRICA, TRUSTEE | |
| Movant | |
| v. | |
| CRAIG LIPINSKI | |
| Respondent. | |

### MODIFIED DEFAULT ORDER AUTHORIZING TRUSTEE TO ISSUE A DEED IN LIEU OF FORECLOSURE

AND NOW this 4th day of December, 2019, upon consideration of the "Motion to Authorize Trustee to Issue a Deed in Lieu of Foreclosure" (hereinafter the "Motion") filed by the Jeffrey J. Sikirica as Chapter 7 Trustee (hereinafter "Chapter 7 Trustee"), it is hereby ORDERED, ADJUDGED and DECREED as follows:

1) The Motion is approved.

2) In consideration for payment of $13,000.00 from Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust (hereinafter "Wilmington Savings Fund") the Chapter 7 Trustee is authorized to execute the paperwork necessary to transfer the interest of Craig Lipinski (hereinafter the "Debtor") in the real estate located at 8437 Papelon Way, Jacksonville, FL 33217 to Wilmington Savings Fund or its assigns by a Deed in Lieu of Foreclosure.

3) Fees in the amount of $1,500.00 are approved for the services of BK Global Real Estate Services and may be immediately paid by the Trustee upon receipt of the $13,000.00.

4) Fees and expenses in the amount pf $250.00 are approved for the services of Core Realty, LLC and may be immediately paid by the Trustee upon receipt of the $13,000.00.

5) The Trustee may immediately pay the balance due to the Village of San Jose Owners Association, Inc. for outstanding home owners' association fees.

6) The balance of the proceeds from the $13,000.00 payment will be held by the Trustee for distribution to claims pending a future order by this Court.

7) Movant shall serve a copy of this Order on the respondents, their counsel, the Trustee, and the US trustee. Movant shall file a Certificate of Service within (3) business days.

Prepared by: Jeffrey J. Sikirica, Esq.

**DEFAULT ENTRY**

Dated: December 04, 2019

_____
Gregory L. Addonio        jah
United States Bankruptcy Judge

Case Administrator to serve:
Jeffrey J. Sikirica, Esq.